# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

147745

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

WILLIAM STONE,
        Plaintiff-Appellee,

v

                                              SC: 147745
                                              COA: 314427

AUTO-OWNERS INSURANCE
COMPANY,
        Defendant-Appellant.

                                              Wayne CC: 11-010184-NF

_____/

      On order of the Court, the application for leave to appeal the August 15, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



h1216

                               Clerk